UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SCOTT A. WILLIAMS,
        Plaintiff,

   v.                                                   Case No. 06-C-819

RACINE COUNTY, ROBERT D. CARLSON,
WILLIAM GABBEY, JAMES SCHERFF,
DAVID WILLIS, WILLIAM BECKER,
DEPUTY VANDERVEST, NICHOLAS CAPUTA,
MICHAEL PAPARA, JOHN DOES, and JANE DOES,
        Defendants.

---

### ORDER

A review of this file discloses that defendants filed a motion for summary judgment on April 20, 2007. Under the applicable procedural rules, plaintiff's response to that motion should have been filed on or before May 21, 2007. No response has been filed. However, defendants failed to file a certificate of service indicating that the motion and supporting materials were served on the plaintiff. See Fed. R. Civ. P. 5(d). In addition, defendants' motion does not include the text to Civil L.R. 7.1, 56.1, 56.2, and Fed. R. Civ. P. 56, or the notice statement required by this district's Local Rules. See Civil L.R. 56.1 (E.D. Wis.).

I will provide defendants with additional time until **June 18, 2007,** in which to bring their motion for summary judgment into compliance with the Federal and Local Rules. After that, plaintiff will have until **July 18, 2007**, to file his response to defendants' motion.

**Therefore,**

**IT IS ORDERED** that defendants shall cure the defects in their motion for summary judgment, as described herein, on or before **June 18, 2007**.

**IT IS FURTHER ORDERED** that plaintiff shall file a response to defendants' motion for summary judgment on or before **July 18, 2007**.

Dated at Milwaukee, Wisconsin, this 6 day of June, 2007.

/s_____
LYNN ADELMAN
District Judge