UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT A. WILLIAMS,

    Plaintiff,

    v.                      Case No. 06-C-819

RACINE COUNTY, ROBERT D. CARLSON,
WILLIAM GABBEY, JAMES SCHERFF,
DAVID WILLIS, WILLIAM BECKER,
DEPUTY VANDERVEST, NICHOLAS CAPUTA,
and MICHAEL PAPARA,

    Defendants,

## ORDER

It is unclear whether plaintiff wishes to continue litigating this action. On February 27, 2008, I granted in part and denied in part defendants' motion for summary judgment, and set a telephone status conference for March 26, 2008. However, the status conference was subsequently cancelled because court staff was unable to locate plaintiff. Then, on April 25, 2008, the copy of the court's February 27, 2008, Decision and Order that was sent to plaintiff at his last known address was returned to the court undeliverable. No action has been taken in this case since April 2008.

Pursuant to a August 13, 2008, telephone conversation with plaintiff's parole agent, it is believed that his current address is 2318 Harriet Street, Racine, Wisconsin 53403. This Order will be mailed to plaintiff at that address. Plaintiff should inform the court within twenty days of the date of this Order whether he wishes to pursue this action. If he does not so

inform the court within twenty days, this case will be dismissed with prejudice. See Civil L.R. 41.3 (E.D. Wis.).

**IT IS THEREFORE ORDERED** that plaintiff shall inform the court within twenty days of the date of this order whether he wishes to continue litigating this case. If plaintiff fails to so notify the court, this action will be dismissed with prejudice.

Dated at Milwaukee, Wisconsin, this 15 day of August, 2008.

/s_____
LYNN ADELMAN
District Judge